UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Steven L. Schmid,                                                        Civil No. 11-784 (DWF/JSM)

          Plaintiff,

v.                                                                                 **ORDER ADOPTING REPORT**
                                                                                   **AND RECOMMENDATION**
Michael J. Astrue,
Commissioner of Social Security,

          Defendant.


The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated February 10, 2012.  No objections have been filed to that Report and Recommendation in the time period permitted.  Defendant filed a response to the Report and Recommendation on February 14, 2012.  (Doc. No. 26.)  Based upon the Report and Recommendation of the Magistrate Judge and upon all of the files, records and proceedings herein, the Court now makes and enters the following Order.

    **IT IS HEREBY ORDERED** that:

    1.    Plaintiff's Motion for Summary Judgment (Doc. No. [16]) is **DENIED**.

    2.    Defendant's Motion for Summary Judgment (Doc. No. [21]) is **GRANTED**.

    **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  March 8, 2012        s/Donovan W. Frank
                                    DONOVAN W. FRANK
                                    United States District Judge